IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY BUSH, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL NO. 20-0774 |
| : | |
| ALEXANDER J. CHOTKOWSKI, *et al.*, : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 4th day of May, 2020, upon consideration of Mary Bush's "Motion for Permission to Proceed *In Forma Pauperis* with Motion for Application to Proceed in District Court Without Prepaying Fees or Costs to be Kept Under Seal" (ECF No. 1), and *pro se* Complaint (ECF No. 2), and Praecipe to File Lis Pendens (ECF No. 3) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The motion to seal, in which Ms. Bush essentially asks the Court to prevent the public and the Defendants from viewing her *in forma pauperis* application, is **DENIED**.

3. The Complaint is **DEEMED** filed.

4. Ms. Bush's Complaint is **DISMISSED** in its entirety for the reasons stated in the Court's Memorandum as follows:

    a. Any claims raised on behalf of Genevieve Bush or the Genevieve Bush Revocable Living Trust are **DISMISSED WITHOUT PREJUDICE**;

    b. Ms. Bush's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

    c. Ms. Bush's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

1

5. Ms. Bush is not granted leave to file an amended complaint in this matter.

6. The Praecipe to File Lis Pendens is **STRICKEN**.

7. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
GENE E.K. PRATTER, J.