**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARY BUSH   Pro Se & Trustee | |
| | JURY TRIAL DEMANDED |
| Plaintiff | |
| V. | CIVIL ACTION |
| ALEXANDER J CHOTKOWSKI | NO. 2:20-cv-00774 |
| and | |
| JOSEPH BUSH | |
| and | |
| MICHAEL BUSH | |
| Defendants | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT ALEXANDER
CHOTKOWSKI'S RESPONSE-TO PLAINTIFF'S MOTION FOR SANCTIONS
AGAINST OPPOSING COUNSEL/DEFENDANT ALEXANDER CHOTKOWSKI  FOR
HARASSING AND THREATENING CONTACT TO PLAINTIFF OUTSIDE OF THE
COURT DURING A PENDING DECISION**

Plaintiff hereby moves this Honorable court to GRANT Plaintiff's Motion for Sanctions against
Defendant Alexander J Chotkowski for Plaintiff's Motion (#14 including exhibits) and for
Plaintiff's following good faith response.

1. The court should take judicial notice that the response Defendant Chotkowski filed was
nonresponsive, vague, ambiguous, filled with scandalous accusations and failed to deny any of
Plaintiff's allegations. Defendant Chotkowski continually engaging in obfuscation of the issues,
hyperbolism and groundless presumptions in addition to insinuating false pretense accusations
about Plaintiff. The effect of Failing to Deny an allegation is admitted if a responsive pleading is
required (#15 Order) and the allegation is not denied.

2. Defendant Chotkowski cannot claim his misconduct and ongoing bad behaviors during
pendency of decisions from this Court is acceptable under Rule 11, Plaintiff has never solicited
his "legal" advice. In fact, Plaintiff has told Mr Chotkowki multiple times he is to have no
contact with her outside the court except for service of court filings. His May 8 and May 12th
letters to Plaintiff were not court filings, it was intentional harassment.

3. Defendant Chotkowski's behaviors of harassment and bullying outside court settings is his
mode of operation. Defendant Chotkowski has a long provable history in his efforts to obstruct
the judicial processes where he has never had to be accountable for and deliberately perverts any

1

candor to the tribunal with intentional trickery. By inciting others to his inflammatory fraudulent "legal" correspondence he provokes unnecessary harm to everyone involved. By igniting more unsavory battles with the opposition, he does continue to profit from his fourteen years of unjust income attachment to the entire Bush family.

4. Evidenced in Plaintiff's (# 14 exhibit B Att: 2) is Chotkowski's pattern of deceptions and bullying. Plaintiff has had to endure for over 10 years of ongoing threats from Chotkowski, Plaintiff witnessing his dishonesty that has destroyed her and her mother's lives.

*Defendant Chotkowski's empty vague Response to the Court contains fiction not fact, his bald accusations should be noted compared to Plaintiffs actual dates, times and methods of his continuous threatening behaviors. Just a brief few example of Chotkowski's ongoing out of court harassments and misrepresentations areas follows,

- In 2012 before Plaintiff hired a new attorney, Chotkowski contacted him making false accusations, Clifford Cohn responded by a letter on Wed, Sep 5, 2012.
  SEE EXHIBIT A-1
- February 24, 2014 and February 27,2014 Attorney Cohn requested Chotkowski to follow Rule 3.3. Candor Toward the Tribunal, Chotkowski never did. SEE EXHIBITS A-2 & A-3.
- May 7, 2013 Mr Cohn Addressed Chotkowski's semantics in a fake performance or acting in front of the Court SEE EXHIBIT A-4.
- In 2017 Defendant Chotkowski targeted my witness John Holman outside of court SEE EXHIBIT C
- Then on May 17, 2017 at 1:08:24 PM MST Chotkowski contacted Kasem Cares who were advocates for Plaintiffs Mother SEE EXHIBIT D, Chotkowski evidently sent them a letter stating he would sue them, so they withdrew their help for Genevieve Bush, Plaintiffs mom. Kasem Cares was formed by Kerri Kasem after her father Casey Kasem was isolated from his family, their main platform is advocating the right of visitation, because guardians are deliberately abusing "wards" by Isolating them from family and friends. **Just exactly what all the Defendants are doing now to Genevieve Bush!  * ** *Plaintiff received a letter dated 06.01.2020 from CMS stating "your brother has prohibited phone calls and visitation by anyone except your two brothers." (So,they have elevated this a possible elder abuse after receiving more complaints.)
- On 01.05.2020, Plaintiff requested Defendant Joseph Bush in an email to "You are to contact Alexander Chotkowski and inform him **he is to never to email me unless its a court filing**, I sent him a cease and desist and he has violated it, if you fail to do this you will be included in harassment charges". Joseph Bush's response was "Alex is my attorney. **You have no choice but to deal with him."**
- **May 10, 2020 Plaintiffs Exhibit C (#14) Defendant** Chotkowski goes after another advocate Janice Wolk Grenadier, ADA advocate for Genevieve Bush making threats and

accusations. SEE EXHIBIT E for her response "It is another thing when you write a letter like you did that was harassing, threatening, bulling and very unprofessional."

For another brief examples from 2014 and 2015 Plaintiff reported Defendant Chotkowski to the Orphans Court for Harassments and threats during the time period he was unlawfully using trickery to the court to take Plaintiff truck for his clients, the issue was never addressed.

**11.24.14 via US mail** Mr.Chotkowski writes Mary to "**withdraw her petition or they will seek sanctions and attorney fees.**" Mr. Chotkoski called the digital penetration of Genevieve Bush by her son Michael Bush <u>an allegation when in fact Michael described how he did it and that he enjoyed it. Mr.Chotkowski said Mary petition was meritless, frivolous.</u> Mr. Chotkowski then **imposes a 7day ultimatum to avoid SANCTIONS**.

**12.02.14 @ 21:14pm** Amanda Picarelli, Mr. Chotkowski's legal assistant emailed the letter Mr. Chotkowski mailed DIRECTLY TO THE JUDGE on Mary's vehicles (5 days past order dead line),,,stating " *but based upon Mary's productive efforts thus far we do not view this as a violation of the transfer conditions set forth in the order.*" Mr. Chotkowski knows his client has not adhered to the time frame of the court's order and tries to shift the blame to Mary.

**12.03.14 @ 5:40pm** Mary emails Mr. Chotkowski 12 03 2014 ltr to Judge Platt response to Chot ltr 12 02 2014.pdf
**12.03.14 @ 10:30 am** Mr. Chotkowski emails Mary trying to refute her response letter to the Judge saying <u>title transfer is not a normal vehicle transfer</u> so there was obviously some confusion as to what was expected / needed, he also states aware of your cease and desist letter that you sent to his clien**ts**.(for harassments)
*12.03.14 @ 8:03 pm Mr. Chotkowski emails Liz Srinivasan asking for "legal assistance" requesting a letter from Liz not transport mom to Wiggins (Wiggins never requested that)*

**12.04.14 @ 10:30 am** Mr. Chotkowski emails Mary on the issue of the cease and desist. the title transfer was an unusual transaction. Chotkowski threatens Mary "**Withdrawing your current Petition is an improper claim and one that could result in financial penalties to you.**"
12.04.14 @ 10:55am **Mary emailed Mr. Chotkowski requesting he <u>cease emailing</u> her unless the issues contained in your email are urgent and or necessary, she warned him viewing his comment as a threat of your ongoing financial exploitation of mom and myself,** He "should do the right thing and RETURN all the monies I have been forced to pay you by your many ongoing fabrications to the courts. Your unethical behavior has been well noted by many who are exposed to you and this case, **Stop emailing me unless it it absolutely required."**

12.10.14 @ 11;07 am Mr Chotkowski emails Mary <u>demanding she contact Joseph in 24hrs for her vehicles</u>
12.10.14 @ 11;28 am Mary clearly told Joseph she was not available the week of 12.08.14.and **to tell his attorney not to email her**
12.10.14 @ 11:36 am Mary emailed Mr. Chotkowski telling him the same, she was not available and involving Liz was not appropriate, and **he obtained the order through dishonesty and should report such to the court.**
12.10.14 @ 11:41 am Liz emails Mary and Mr. Chotkowski she will not bill for her involvement with the vehicles
12.10.14 @ 11:47 am Joseph forward Mary's 12.10.14 @ 11:28 email to Mr. Chotkowski and Michael

**12.11.14 @ 11:59 am Mr. Chotkowski emails Mary with semantics of communication and threatening Mary "with court action"**
12.11.14 @ 12:27 pm <u>Mary emails Mr Chotkowski telling him to have Joseph communicated with her and stop his threats</u>
12.11.14 @ 12:45 pm Mr. Chotkowski emails Mary making excuses for Joseph, stating "**the choice is simple, select a date during the last week of December and save yourself the $2000.00.**
12.11.14 @ 1;10 pm **Mary emails Mr Chotkowski telling him to stop his intimidation tactics and he does not have any authority to extend court order dates for his clients**

**12.11.14 via US mail** Mr. Chotkowski writes Mary a letter telling her the transfers needs to be completed before January 2014.<u>His letter full of demands and threats of sanctions again. Mr. Chotkowski also tries to get more money from Mary in late fees for 2500.00 he wrongfully obtained by frauding the court.</u>

12.16.14 @ 2:17 pm Laura Full Esq. from Mr. Chotkowski's firm emails Mary with response letter stated in next entry below;
**12.16.14 via US mail** Mr. Chotkowski writes Mary **playing a court judge IMPOSING his own dead line of January 07,2015 threatening Mary again of FILING CONTEMPT AGAINST Mary. Fabricating Cooperation issues and threatening further "contempt" penalties**.

12.26.14 @ 18:15pm Mr. Chotkowski emails Mary,,,Petition for Contempt against Mary E. Bush, with Exhibits, Contempt Petition on Mary Bush 26 Dec 2014.pdf, Exhibits for Contempt Petition 26 Dec 2014.pdf
Joseph and Michael file Contempt has 37 false and fabricated stories and statements to the court. That is 12days before Mr. Chotkowski tried to act as the sitting judge in demanding an answer by January 7th and a month after the deadline of the court order of November 28,2014. the petition contains at #25,#26, #27,#28,#30,#31,#32, #33, false statements to the court regarding Mary's vehicles

12.29.14 @ 9;12 am Joe email Mary stating you will be available January *7TH HAVING FALSELY FILED CONTEMPT CHARGES ON THIS ISSUE 3 DAYS PRIOR*
12.29.14 @ 8:07 pm Amanda Picarelli Legal Assistant for Mr. Chotkowski emails Mary a letter from Mr. Chotkowski,,,"I am writing to again remind you of your obligation to coordinate the vehicle transfer with Joseph Bush. As you know <u>this issue is contained within the current contempt</u> hearing which is scheduled for February 25, 2015. Failure to comply with the Court's order may result in additional monetary and other sanctions against you." …when they are in violation of the courts order…more letters to enter as exhibits to falsify the record.
01.03.15 Mary emailed Joseph, he ignored the email
01.06.15 Mary emailed Joseph, he ignored the email
01.29.15 @ 3;07pm Mr Chotkowski emailed Mary stating "As you know this issue is contained within the current contempt hearing which is scheduled for February 25, 2015. **Failure to comply with the Court's order may result in additional monetary and other sanctions against you."** …when they are in violation of the courts order…more letters to enter as exhibits to falsify the record.
**01.29.15 via US mail** Mr. Chotkowski writes Mary to remind her of HER obligations,,**this issues is in the CONTEMPT petition ,,,result in monetary and sanctions..**

02.01.15 @ 5:17 pm **Mary emailed Joe the timeline of all correspondence and harassment** and will meet him Feb 3rd at Wiggins in Kennett Square
02.03.15 @ 12:36 pm Mary emailed Joe that he was a no show at title company
02.03.15 @ 1:07pm Joe emailed Mary saying he said he wasn't gonna be there
02.03.15 @ 11:20 PM, Alex Chotkowski emailed Liz stating fraudulent things about Mary inciting others
02.12.15 Amanda Picarelli emails Mary with letter from Mr. Chotkowski,,,,
**02.12.15 via US mail** Mr. Chotkowski writes Mary again **and tells her to drop her petition for the removal of Joseph and Michael Bush as guardians of Genevieve Bush…he threatens Mary with more legal and financial consequences. He again calls the digital penetration of Genevieve Bush by her son Michael bush as an allegation. Mr Chotkowski demands the IMMEDIATE withdrawal,,,to avoid sanctions he said Mary had 7 days to withdraw her petition.**

02.19.15 @ 8:10 am Mary emails Amanda Picarelli, to give her response to Mr. Chotkowski,,
In response to Chotkowski's "your letter is another attempt to intimidate and bully me and down right insulting. In my opinion your constant intentional writing to manipulate outcomes of all this litigation is something you should face disciplinary action for."
"Let me help remind you res judicata means a matter has been decided on, now given the fact there has never been a contempt/ perjury petition on your clients it would be impossible to say its
been decided on. Let me help you again Mr. Chotkowski if a contempt/perjury charge has never been heard by the court it can not be merit less or frivolous nor barred by the doctrine of res judicata,,,,your argument FAILS.
"Again Mr. **Chotkowski I am going to ask you again to refrain from this bad faith attempts at intimidation and bullying of me where you are trying to inflict fear upon me.** Perhaps it better you have no further correspondence with me what so ever since you cannot refrain from threaten me."

**02.23.15 via Us Mail** Mr. Chotkowski writes Mary again about emailing,,,, saying Mary "generates

litigation,,,he says 'think of what you have lost; money, removed as a Coguardian held in contempt and now more civil and criminal scrutiny",,,,,Mr. Chotkowski said he placed Mary on notice of her "malicious legal effort." Mr. Chotkowski accuses Genevieve Bush's best friend Carol of "ex parte" communications attaching Ms. Carol Gallo's letter as if an exhibit. Mr Chotkowski goes further and says my clients will not tolerate your "ongoing abuse of the legal process and the defamation of their character." when in fact he himself has gone into the public smearing Mary's name to every person they have had contact with.

03.03.15 Via US mail Mary writes a final letter to Mr. Chotkowski,,, **refuting all his lies, his attempts at getting money from her, clearly making him aware of his purposeful deliberate strategy of using her was over as well as his lies to the court. Mary made it clear that bullying, threats, harassment, lies and maligning her good name stops NOW**.

Plaintiff wrote Defendant a letter **SEE EXHIBIT B**
Plaintiff has now established a brief Factual background on Defendant Chotkowski bad behavior where his Response is just empty fictional accusations with no supporting evidence.

5. Defendant Chotkowski since 2009 to present files in the courts many false instruments.

Deliberately constructing his false narratives, he sends out "letters" with the full intent to use

them as exhibits in the courts, the false narratives of his letters are an offering of a false

instrument to the courts and presents as if he is a witness but in fact he has coached his clients in

the same deceits and trickery. Plaintiff's factual contentions have evidentiary support.

6. Plaintiff has addressed Chotkowski's misconduct with the state courts but it has been

unusually ignored.

- Code of Judicial Conduct Rule 2.3. Bias, Prejudice, and Harassment (C) A judge shall require lawyers in proceedings before the court to refrain from manifesting bias or prejudice, **or engaging in harassment**.

7.Plaintiff reported Defendant Chotkowski when on Thu, Nov 21, 2019, 2:30 PM she emailed

Chotkowski after months of almost daily threatening emails *"This is your LAST and FINIAL WARNING MR CHOTKOWSKI YOU are not to email me unless you have **court correspondence**, I consider Your emails threatening and Harassment, are we CLEAR Mr Chotkowski ? You obtain orders through provable **Subornation of perjury** my Cease and Desist includes your harassing emails YOU ARE TO STOP, Mary Bush." Finally on Tue, Feb 25, 2020 at 8:43 PM Plaintiff emailed DEFENDANT Chotkowski and the state police "This is your last and final warning **you are to cease and desist any emails to me Alexander J Chotkowski this is harassment.**"*

8. In Defendant's Response (#23) Chotkowski did not make any counter claim to Plaintiff's

Motion for Sanctions therefore Plaintiff's Motion for Sanctions must be construed as the truth so

as to do justice and stop Chotkowski's continual bad faith behaviors and manipulations.

*Rule 8.4 Misconduct -[1] Lawyers are subject to discipline when they violate or attempt to violate the Rules of Professional Conduct. [2] Many kinds of illegal conduct reflect adversely on fitness to practice law, such as offenses involving fraud. [3] Discrimination and harassment by lawyers in violation of paragraph [(g) undermine confidence in the legal profession and the legal system]. Such discrimination includes harmful verbal or physical conduct that manifests bias or prejudice towards others.*

9. Specific to the pattern and practice Defendant ALEXANDER JOHN CHOTKOWSKI has engaged in harassing bullying behaviors against Plaintiff and many others.  See attachments of evidence by Clifford Cohn, John Holman, Kasem Cares directors, and ADA advocate Janice Wolk Grenadier.

10. The Court should question the ethical and moral integrity of Defendant Alexander J. Chotkowski filing his Response including other Defendants Joseph Bush and Defendant Michael Bush in great conflict that he is billing his "clients" for his own defense of his ongoing misconduct and deceptive practices.

11. Defendant Alexander J. Chotkowski attached Brief in Support of the Response of Defendants to Plaintiff's Motion for Sanctions that contains nothing but bald empty scandalous accusations with no supporting evidence, no dates, times, incidents just made up ongoing lies. Defendant response is nonresponsive to the issues Plaintiff raised and the exhibits shown to the Court, therefore, Plaintiff moves the Court to Grant Sanctions against Defendant Chotkowski with an order barring him from further harassing intimidating conduct.

12. Defendant Chotkowski uses the same pattern and practice of empty unsupported hyperbole to incite his 'reader' to a false narrative. He continues in all courts to incite derogatory false statements instead of offering any good explanation for his bad behaviors. Regrettably, he equates "legal" correspondences with war, trampling the truth, taking no prisoners, scorching the earth-doing anything to win, regardless of the consequences.

13. Defendant Alexander J Chotkowski mailed Plaintiff a threatening letter during the course of these proceedings using same behaviors Plaintiff can prove to the Court has been ongoing for years and not just to her but to anyone who attempts to expose his scam. {see attached exhibits}.

14. Defendant Alexander J Chotkowski mailed the May 08,2020 threatening letter to Plaintiff twice and as the Court can see Defendants Joseph and Michael Bush are not copied. Defendant Chotkowski's letter Plaintiff received on 05.12.2020 is full of his ongoing lies to cover his

deliberate wealth extraction and abuse of Plaintiffs mother Genevieve Bush. Chotkowski egregiously continues behaviors attempting to stop Plaintiff from exposing the FACTUAL BACKGROUND in this matter that he had prior knowledge of Genevieve Bush having Full capacity where he never challenged his clients 2005 POA removals. He boasted of a WIN over Genevieve Bush in 2007 then in the guardianship case he makes claim she lacked capacity to 2004 and then in 2009 filing for guardianship by concocting a false narrative and false evidence filing false instruments.

15. Defendant Chotkowski has multiple documents in his possession never given to any of the State Courts that prove Genevieve was competent, made her own advanced directives, and voided the 2004 documents Joseph and Michael wrote and made her sign as their father was dying in a nursing home. To Mr Chotkowski Genevieve Bush is just an old lady with an estate and is his easy target for his own self-made unjust enrichments. Chotkowski has also unjustly profited from Plaintiff by making up fiction using her name.

16. Defendant Chotkowski uses all his correspondence like Exhibit A (#14 Att. 1) against Mary (Plaintiff) and her mother Genevieve Bush to influence others to his ongoing false narrative he has crafted and masterminded to obtain his unjust enrichments. Plaintiff chooses not to engaging in any out of court correspondence with Defendant Chotkowski who makes this improper contact with his semantics and threats to Plaintiff by crafting more lies whereas the content of his letter is outrageously false and unsupported.

17. Defendant Chotkowkski is in violation of Pa R.C.P. 4.3 Dealing with Unrepresented Person

*Transactions With Persons Other Than Clients*

*In dealing on behalf of a client with a person who is not represented by counsel, a lawyer shall not state or imply that the lawyer is disinterested. When the lawyer knows or reasonably should know that the unrepresented person misunderstands the lawyer's role in the matter, the lawyer shall make reasonable efforts to correct the misunderstanding. The lawyer shall not give legal advice to an unrepresented person, other than the advice to secure counsel, if the lawyer knows or reasonably should know that the interests of such a person are or have a reasonable possibility of being in conflict with the interests of the client.*

*Rule 3.4: Fairness to Opposing Party & Counsel A lawyer shall not:*

*(a) unlawfully obstruct another party's access to evidence or unlawfully alter, destroy or conceal a document or other material having potential evidentiary value. A lawyer shall not counsel or assist another person to do any such act;*

*(b) **falsify evidence**, counsel or assist a witness to testify falsely, or offer an inducement to a witness that is prohibited by law;*

*(c) **knowingly disobey an obligation under the rules of a tribunal** except for an open refusal based on an assertion that no valid obligation exists;*

*(d) in pretrial procedure, make a frivolous discovery request or fail to make reasonably diligent effort to comply with a legally proper discovery request by an opposing party;*

*(e) in trial, **allude to any matter that the lawyer does not reasonably believe is relevant or that will not be supported by admissible evidence,** assert personal knowledge of facts in issue except when testifying as a witness, **or state a personal opinion as to the justness of a cause, the credibility of a witness, the culpability of a civil litigant or the guilt or innocence of an accused;***

*(f) **request a person other than a client to refrain from voluntarily giving relevant information to another party unless:***

*(1) the person is a relative or an employee or other agent of a client; and*

*(2) the lawyer reasonably believes that the person's interests will not be adversely affected by refraining from giving such information.*

18. Defendant Chotkowski's Pattern and Practice is to use his letters as "evidence" and "exhibits" clearly meant to intimidate and put fear into Plaintiff. Plaintiff continues to be alarmed and frightened that Chotkowski's unchecked behavior and knows he is the very reason for her mother and her being forever irreparably harmed, and his letters are just premeditated proclamations of him planning to do more harm to Plaintiff for seeking truth and redress.

19. Defendant Alexander Chotkowski only ceased improper out of Court contact with Plaintiff with his threatening and alarming correspondence when I reported it to this Court, when Plaintiff reported Chotkowski to the PA State Police they instructed me to file it in the Court.

20. In 2014 Plaintiff proved that from 01/08/2010 to 10/15/2014 (FOUR YEARS) Defendant Chotkowski misrepresented to the courts that "Mary' had not provided an accounting when even his invoice of 08/23/2011 shows he received and reviewed it!

21. Plaintiff is compelled to alert this Court that he is now taxing both Plaintiff and this Court with Bad Faith and Unethical behaviors that must be sanctioned.  The Pennsylvania State Police have taken reports of Chotkowski's ongoing intimidation, harassment, threats and barratry before. On October 30, 2019 Reference Case Pa State Police No. Pa 2019-1447555 and on May 13, 2020 reference Case Pa 2020-675030. Plaintiff and her mother have been under Chotkowski and his "clients" attacks for THIRTEEN YEARS and we have lost everything to his wrongful use of the courts.

22. Defendant Alexander Chotkowski had received a Cease and Desist notice dated October 30, 2019, The Cease and Desist highlighted the ongoing civil chaos and harassment he is committing using his bar card as his free get out of jail pass knowing he has prior knowledge that Genevieve Bush had capacity before he unlawfully filed his Guardianship petition in 2009. (#14- B-Cease and Desist).  (A police report was generated; Reference Case Pa State Police No. Pa 2019-1447555 and the state court was noticed on or about November 04, 2019.

23. Rules of Professional Conduct state, "A lawyer should use the law's procedures only for legitimate purposes **and not to harass or intimidate others**.

24. ADA advocate Janice Grenadier included Plaintiff in an email Chotkowski sent her making unlawful demands and threats. (#14 exhibit C) Plaintiff notes the accusations in the letter to Ms Grenadier in the following excerpt is a clear example of what is taking place now where Plaintiff Noticed the Court of Her mother being Missing on May 08, 2020 and Defendant Chotkowski never had any candor to this tribunal of Genevieve's whereabouts. Plaintiff finds it beyond disturbing that Alexander Chotkowski as a Defendant and or attorney is condoning, promoting and advancing the unlawful acts of his clients perpetrating an overreach of their appointments/powers that continue the ongoing elder abuse of their mother. Ms. Grenaider responded to Defendant Chotkowski on May 16, 2020

"Mr. Chotkowski, "It is one thing to write a letter and ask that your clients be contacted through you.  It is another thing when you write a letter like you did that was **harassing, threatening, bulling** and very unprofessional." SEE EXHIBIT E

25. The Pattern and Practice of Alexander J Chotkowski since he opposed Plaintiff's mother (Genevieve) in 2007, in 2008 he began pursuing her for a 50k bond that was cashed by Joseph Bush prior to sending his letter to Genevieve Bush's attorney. He also falsely named Plaintiff in his letter to Jay Fischer calling Plaintiff his "client" to start his fraud upon the courts.

26. The contents of his letter 05.08.2020 is beyond harassing with pending matters before this Honorable Court. Alexander Chotkowski has chosen to not properly file before this court any motion, entry of appearance, waiver for attorney defendant to represent codefendants nor was he served the summons or complaint.

27. Defendant Chotkowski failed to respond to his behaviors in any of Plaintiff's exhibits or

Motion for Sanctions, instead he has kept the same pattern and practice of constructing a false narrative in the format of character assignation of Plaintiff that he uses against anyone who challenges his lies and bullying because he is profiting from his barratry.

28. Defendant Chotkowski failed to state any specificity that Plaintiff "for several years engaged in dilatory and frivolous pro se litigation" because she has not.

29. Defendant Chotkowski failed to name any dates, names, incidents or lawsuits, he makes false claims Plaintiff used "dilatory and frivolous" litigation, because she has not.

30. Defendant Chotkowski fraudulently attempts to state what Plaintiff believes as opposed to the facts she is a living witness to and in fact he is in possession of documentary evidence he has hidden from the courts that prove he used guardianship to SCAM ELDERLY Genevieve.

31. Defendant Chotkowski continues making fictional responses about Plaintiff to which for years he has used like scammers use in order to get money from somebody. Like in war for Chotkowski anything goes with his end goal being only money from vulnerable persons.

32. Plaintiff was unlawfully "sued" in October 2009 by Defendant Chotkowski with the wrongful false pretense uses of a "guardianship proceeding" (where to date Genevieve has never been in Court, [no due process] although evidence entered in court by her brother Leon stated "I will see you in Court" she was told by her attorneys her legal work with her attorney Jay Fischer from 2005 to 2008 was solid, she did not need to show.)

33. Defendant Chotkowski coached Joseph and Michael the use of guardianship will get back their access to Genevieve's assets and property, so they could revenge their mother for writing them out of her trust. Defendant Joseph Bush claimed to Mary the best thing he had done by using a guardianship was to derail her retirement.

*The email dated, Tuesday, April 1, 2014 10:31 AM Mary asked "Joseph you have done ZERO good for mom. Money wise I challenge you to tell me one good thing you suing mom has done for her funds without telling more lies. Why do you refuse to answer me about the van?"*

*Defendant Joseph Bush responded, "If you want an example ONE GOOD THING I've done it is to unravel your retirement plan that relied on funds absconded from the family. That in itself will reserve a place for me in the hearts and minds of all you have sought to take advantage of. The van... there is zero benefit to mom in donating the van. There is interest in fixing the van and using it for the benefit of mom's children as soon as we can have your cooperation in returning the van AND TRUCK to mom's estate as the court has required of you."*

10

*note Plaintiff owned the truck and van for Ten Years prior to Chotkowski aiding his client to get Plaintiff truck for his clients own personal use since 2014 after frauding the court into taking it from Plaintiff.

34. Defendant Chotkowski who since 2007 had prior to "guardianship" knowledge of the financial holdings of every family member. During discovery in both cases, 2007 where Genevieve Bush sued Joseph and Michael Bush and in 2010 in the guardianship matter, Defendant Chotkowski obtained information and documentation **he intentionally hid from the Orphans Court that absolutely proved Genevieve Bush had every legal right to protect herself from her sons 2005 plan to liquidate her alive for a "tax free inheritance".** Defendant Chotkowski then constructed fictional stories that change in the ever ongoing flow of his massive amounts of improperly and frivolously filings in the Orphans Court, committing Barratry.

35. Defendant Chotkowski having prior knowledge of Genevieve having capacity and never challenging his client's 2005 POA removals. He cannot claim Plaintiff is re-litigating the original state court trial that resulted in the Guardianship in 2011, since he hid factual matter and documents he was in possession of so he could manipulate the outcome. The state court refuses to address the fact the subject of the action (Genevieve), never had due process or equal protections under the law. Plaintiff can offer evidence to the contrary of the false pretense narrative Chotkowski continues to construct so he himself can evade testifying to the truth he knows and has documents that proves he lies to the courts.

36. Defendant Chotkowski's pattern of "response" is to evade accountability and continue abusive behavior, specifically when as an abuser he manipulates information in such a way as to make others believe his false narrative has credibility because he is just a lawyer, he manipulates without any documental backup.

37. Plaintiff legally was transferred the property in question where Defendant Chotkowski wrongfully knowingly held back perinate discovered documents from the Orphans Court that absolutely proves the legitimate work product of attorney Jay Fisher working over four years with Genevieve Bush to secure her wishes, not the wishes of Joseph and Michael Bush. Chotkowski also knows from his pre-guardianship dealings against Genevieve that in 2007 the sons walked away with over 1.5 million of their parents assets, then Chotkowski lied to the state courts stating Genevieve lacked capacity to 2004.

38. Defendant Chotkowski constructs letters, emails, filings etc. in his "attorney" capacity to intimidate and bully. His letter to Plaintiff and ADA advocate (see ECF No. 14, exh. 1 & exh 3), was sent to intimidate and harass. He uses the position with the courts that his clients are legitimate guardians when in fact Plaintiff and others have witnessed them using their mother and even harming her. Defendant Michael Bush digitally penetrated his own mother and  only the two "guardians" had access to both Mary and Genevieve personal property so they have stolen TV, radio, vehicle, tools, furniture, etc. because there does not exists a venue to hold them accountable. Both Defendants Joseph and Michael Bush continue to falsify records by behaving one way in front of others and the court, then using their positions to do their true intentions of harming their mother and sister outside the courts, which any reasonable person cannot comprehend unless they are aware such abuses exists or experience it themselves.

39. Plaintiff can and has proven the "guardians" are not concerned of any duties to provide care for their mother, if they keep up their sham, they keep the 1.5 million and possessions they stole from their mother and their sister.

40. Defendant Chotkowski has now admitted to this Court and the Orphans Court his clear ongoing intention to receive monies from Genevieve for "legal fees" where in fact **he targeted the elderly woman since 2007** knowing the sons walked away with 1.5 million and there was over a million in cash left and a parcel of property he could manipulate funds from. Chotkowski's out of court behaviors are too numerous, with him even possibly posing as made up fake social media profiles and names to infiltrate any opposition to his know scams. Advocates were all contacted by a fake profile named "Marshall Dillion" is believed to be Chotkowski because the main issue was about the 1628 Glenside Road property.

41. Defendant Chotkowski knows that Plaintiffs representations to this court are not being presented for any improper purpose, he knows the fraud upon the court he has committed, he knows evidence will support Plaintiffs accusations, he is in possession of the evidence himself!

42. Plaintiff's Motion for Sanctions attached four exhibits, two current letters he constructed, one Cease and Desists that shows the need to stop Chotkowski's bad faith behaviors to the point Plaintiff had to get help from the Pa State Police and the proof of the legitimate ADA advocate

that is helping Genevieve, in which any disabled person is allowed.

43. Plaintiff's Motion for Sanctions does state "sanctions against all Defendants, but especially Alexander Chotkowski." Sanctions against Joseph and Michael Bush may be applied in the state Court, since they were not properly served in this case and with the pattern of deceit of Chotkowski they may not even know what he is filing or sending out in "letters".

44. A sanction imposed is important to deter repetition of the conduct that Defendant Chotkowski has continued in all court issues whereby excuse, he labels as "legal" correspondence but has never ceased creating maliciously motivated scandalous "legal" correspondence. Plaintiff's exhibits attachments to this response clearly shows an unethical but deliberate intimidation tactics he uses to anyone who can expose his elder abuse scam. Defendant Chotkowski knowing his co defendants have been violating state court orders and directives, he has failed his duty of candor to this tribunal. When Plaintiff alerted this court that her mother was missing which concerns her mother's care Chotkowski never responded but did threaten to take "legal" fees from Genevieve's estate that under his fiduciary duty representing "guardians" is counter to the duty of these guardians who must protect her assets.

45. Plaintiff and her mother have the right to live free from Defendant Chotkowski ongoing estate trafficking scam using harassments, threats and lies. Defendants are unlawfully engaged in using Plaintiffs vulnerable mother as their retaliatory weapon against Plaintiff for filing this matter before this Honorable Court. Sanctions against Alexander Chotkowski for inappropriate threatening contact to Plaintiff during a pending matter before this Court are appropriate. Chotkowski acted in subjective bad faith and his ongoing misconducts are objectively unreasonable.

**WHEREFORE** Mary Bush, Plaintiff respectfully request sanctions against Defendant Alexander J Chotkowski for all the above for mentioned reasons, including Plaintiff Motion for Sanctions and exhibits. Plaintiff request that the court Order Alexander Chotkowski cease and desist this threating behavior towards Plaintiff and attached persons. Plaintiff's Motion for Sanctions (ECF No. 14) for all the foregoing reasons, Plaintiff respectfully request that Defendants Response be DENIED, and Plaintiff's Motion for Sanctions be GRANTED.

## MEMORANDUM OF LAW

A sanction imposed suffices to deter repetition of the conduct or comparable conduct by others similarly situated. The sanction may include nonmonetary directives; an order to pay a penalty

into court; or, if imposed on motion and warranted for effective deterrence, an order directing payment to the movant of part or all of the reasonable attorney's fees and other expenses directly resulting from the violation. Our adversarial system of civil justice is premised on the search for the truth. Lawyers are expected to act in good faith in the course of litigation and discovery is expected to be accomplished voluntarily.

Unfortunately, manipulation designed to frustrate the resolution of disputes have become a common strategy. An "increasing number of lawyers equate litigation with war. Trampling the truth, taking no prisoners, scorching the earth-doing anything to win, regardless of the consequences...". In order to combat abuses, the Federal Rules of Civil Procedure have vested courts with the power to impose sanctions for misconduct. In addition to the Federal Rules of Civil Procedure, various statutes, as well as the court's inherent power to impose sanction for bad faith conduct, provide a wealth of authority for the imposition of sanctions.

Only by imposing harsh sanctions against a willfully deceitful and evasive litigant do the courts take the advantage out of misbehavior and turn it into a decided disadvantage.

The Federal Rules of Civil Procedure and the United States Code authorize courts to impose sanctions for various types of misconduct. The majority of states have either adopted the Federal Rules of Civil Procedure or similar provisions granting the authority to impose sanctions. In addition, courts are vested with the inherent power to control the litigants and parties who come within their jurisdiction. This inherent power permits courts to impose sanctions for bad faith conduct. The decision of when to impose sanctions and what type of sanction to impose is primarily left to the discretion of the courts. Pennsylvania has 42 PA.C.S.A. § 2503(7) Any participant who is awarded counsel fees as a sanction against another participant for dilatory, obdurate or vexatious conduct during the pendency of a matter. (9)  Any participant who is awarded counsel fees because the conduct of another party in commencing the matter or otherwise was arbitrary, vexatious or in bad faith.

Federal Courts are empowered to "'protect the administration of justice by levying sanctions in response to abusive litigation practices.'" Kovilic Const. Co., v. Missbrenner, 106 F.3d 768, 772-73 (7th Cir. 1997); Brockton Sav. Bank v. Peat, Marwick, Mitchell & Co., 771 F.2d 5, 11 (1st Cir. 1985), cert. denied, 475 U.S. 1018 (1986), quoting Penthouse Int'l, Ltd. v. Playboy Enters., 663 F.2d 371, 386 (2d Cir. 1981).

The source of the court's inherent power is "governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." Link v. Wabash R.R., 370 U.S. 626, 630-631 (1962). See also Brockton Sav. Bank v. Peat, Marwick, Mtichell & Co., 771 F.2d 5, 11 (1st Cir. 1985), cert. denied, 475 U.S. 1018 (1986). That authority extends to all matters that come before the court. There is no limitation as to the type of proceedings - criminal or civil, trial or appeal - in which sanctions may issue. See, e.g., United States v. Kouri-Perez, 1999 U.S. App. Lexis 8811 (1st Cir. May 7, 1999).

The Supreme Court has held that federal courts have the power to impose sanctions pursuant to the court's inherent power even if the violation is subject to sanctions under existing statutes or

14

rules. Unbeknownst to many, federal courts have the power under the Federal Rules of Civil Procedure to set aside judgments entered years earlier that were obtained by "fraud on the court." Fraud on the court, however, can take many forms. Courts have a solemn responsibility as the gatekeeper to justice when innocent victims are seeking to end abusive conduct find themselves facing it over and over again from the same source. Sanctions are the remedial and equitable doctrine that militates against bad faith conduct.

**WHEREFORE** Mary Bush, Plaintiff respectfully request sanctions against Defendant Alexander J Chotkowski for all the above for mentioned reasons, including Plaintiff Motion for Sanctions and exhibits. Plaintiff request that the court Order Alexander Chotkowski cease and desist this threating behavior towards Plaintiff and attached persons. Plaintiff's Motion for Sanctions (ECF No. 14) for all the foregoing reasons, Plaintiff respectfully request that Defendants Response be DENIED, and Plaintiff's Motion for Sanctions be GRANTED.


Respectfully Submitted By;

Mary Bush

1626 Glenside Road

West Chester, Pa 19380

Phone: (610) 486-0763

Dated: June 15, 2020

Endfraudulentguardianships@gmail.com

# EXHIBIT A-1

From: **Clifford Cohn** <cbcohn@cbcohn.com>
Date: Wed, Sep 5, 2012 at 6:05 PM
Subject: Mary Bush
To: <achotkowski@cblawllc.com>


Alex;

In my 35 years of practice I can't remember a time when I called counsel to advise them that I may be representing a client that I have been browbeaten, accused of not telling the truth and refused to be provided a letter that was sent to a witness in an upcoming hearing. Your insistence that I "have been representing Mary for some time" was offensive in the extreme as it appeared to be a misrepresentation intended to oppose my request for a continuance when I had specifically told you that I did not represent her **yet** but that, I anticipated that I would be representing her as of tomorrow. You were in fact calling me a liar. I find that extraordinarily offensive and unprofessional.

As I indicated I must insist that you conduct yourself properly. As it appears you have previously violated Rules of Professional Conduct in this very matter, by communicating with the Court ex parte ( see Pa. R.P.C 3.5)...see attached apology. I must insist that you treat me, my client and the Court ethically and with the respect that is required.

I would request a copy of the letter that you sent to Dr. Walzer. As I Indicated, I anticipate representing Mary tomorrow. If that comes to pass, I will immediately notify you and ask the court for a continuance, as I will be out of the country.

I certainly hope that our future interactions will be more professional. My contact information is below.


CLIFFORD B. COHN, ESQ.
926 PUBLIC LEDGER BUILDING
620 CHESTNUT STREET
PHILADELPHIA, PA 19106
215-545-9660
215-925-5991(FAX)
CBCOHN@CBCOHN.COM
http://CBCOHN.COM


The Text in this email transmission contains information from Clifford B. Cohn which is confidential or privileged. The information is intended to be for the use of the individual or entity recipient. Be advised that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you think you have received this email in error, please email the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution, or copying is strictly prohibited.

# EXHIBIT A-2

**COHN & ASSOCIATES**
*Attorneys At Law*

February 24, 2014

Alexander J. Chotkowski, Esquire
Chotkowski & Burke, LLC
103 S. High Street, Suite 11
West Chester, PA 19382

Re: In the Matter of Genevieve Bush, An Incapacitated Person
Chester County Orphans Court No. 1509-1720

Dear Alex,

It has come to my attention that you have been aware for some time that Carole Gallo reported the actions of Michael to the state police. Yet you represented to the Court in your brief, knowing that it wasn't true, that "the only person with a strong enough motivation to the call the police on Michael is Mary".

Obviously 3.3 of the R.P.C. provides that you shall disclose this information to the Court. As the court is preparing to make a determination I would ask that you correct this misinformation immediately.

***Rule 3.3. Candor Toward the Tribunal.***

(a)  A lawyer shall not knowingly:

  (1)  make a false statement of material fact or law to a tribunal or fail to correct a false
       statement of material fact or law previously made to the tribunal by the lawyer;

Thank you for your prompt anticipated cooperation.

Very truly yours,

*Clifford B. Cohn*

CLIFFORD B. COHN

CBC:

926 PUBLIC LEDGER BUILDING 620 CHESTNUT STREET, PHILADELPHIA, PA 19106
(215) 545-9660 Fax (215) 925-5991
Email:  CBCOHN@CBCOHN.COM
Website: http://CBCOHN.COM/

# EXHIBIT A-3

**COHN & ASSOCIATES**
*Attorneys At Law*

February 27, 2014

Alexander J. Chotkowski, Esquire
Chotkowski & Burke, LLC
103 S. High Street, Suite 11
West Chester, PA 19382

Re: In the Matter of Genevieve Bush, An Incapacitated Person<br>Chester County Orphans Court No. 1509-1720

Dear Alex,

I had previously asked that you correct the misrepresentation that was made to the Court. It would take just a couple of sentences. Thus far, I have had no response from you. I must insist that this correction be made by the close of business tomorrow.

As you know, it has come to my attention that you have been aware for some time that Carole Gallo reported the actions of Michael to the state police. Yet you represented to the Court in your brief, knowing that it wasn't true, that "the only person with a strong enough motivation to the call the police on Michael is Mary".

Obviously 3.3 of the R.P.C. provides that you shall disclose this information to the Court.

**Rule 3.3. Candor Toward the Tribunal.**

(a) A lawyer shall not knowingly:

  (1) make a false statement of material fact or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer;

Thank you for your prompt anticipated cooperation.

Very truly yours,

*Clifford B. Cohn*
CLIFFORD B. COHN

CBC:

926 PUBLIC LEDGER BUILDING 620 CHESTNUT STREET, PHILADELPHIA, PA 19106<br>(215) 545-9660 Fax (215) 925-5991<br>Email: CBCOHN@CBCOHN.COM<br>Website: http://CBCOHN.COM/

# EXHIBIT A-4

**COHN & ASSOCIATES**
*Attorneys At Law*

May 7, 2013

Alexander J. Chotkowski, Esquire
Chotkowski & Burke, LLC
103 S. High Street, Suite 11
West Chester, PA 19382

Re: In the Matter of Genevieve Bush, An Incapacitated Person
Chester County Orphans Court No. 1509-1720

Dear Mr. Chotkowski,

I am in receipt of your faxed letter, which indicated that it was faxed at 12:38 P.D.T, although I did not get an emailed copy. I will be pleased to respond to transition issues as soon as I can, but I do not believe your representations of what occurred in Court are accurate. While Mary was clearly upset, crying and very emotional, I thought your comments on the record about your fear of your personal safety were way out of line, had no basis in fact or evidence, were intended to improperly prejudice a tribunal and if truly believed by you were your caused by your own personality issues, perhaps a result of your military experience.

I am sure you can imagine that being summarily removed from your living quarters of the past three years would cause anybody distress, much less believing that your beloved mother was in imminent danger of being  severely harmed by her sons. Whether you believe Mary sees things accurately or not, you cannot doubt that she believes that her brothers will cause her Mother harm. While the court has found that Mary's beliefs are not justified, there is no guarantee that the Court is correct. The Court can only make her judgment based on her experience, training and beliefs. Nobody can guarantee the future. In fact, Mary could be right. If she is, what has occurred could be a tragedy.

I thought when faced with Mary's emotional response, the Court acted with restraint and sympathy in allowing Mary an opportunity to vent. Having said that,  I am concerned that your comments in Court, and now, were intended to throw gasoline on the fire and are part of a continuing personal demonization of Mary, to accomplish your clients' ends.  Now these personal attacks on Mary, not justified by the evidence, also appear to me to be based on your desire to get back at her for reporting you to the

926 PUBLIC LEDGER BUILDING 620 CHESTNUT STREET, PHILADELPHIA, PA 19106
(215) 545-9660 Fax (215) 925-5991
Email: CBCOHN@CBCOHN.COM
Website: http://CBCOHN.COM/

## COHN & ASSOCIATES
*Attorneys At Law*

Disciplinary Board. If true, such conduct is reprehensible from an officer of the Court, a violation of both the Rules of Professional Conduct and the Code of Civility.

     As I heard no comments that I thought could be construed as threatening physical harm to another person I would ask that you identify with specificity the comments that you thought were "physically threatening". I would also ask that if they were not on the record, where they occurred and who else was present.

Very truly yours,

*Clifford B. Cohn*

CLIFFORD B. COHN

CBC:

Cc: George Zumbano, Esq.

On 03.03.2015 My response to Mr. Chotkowski is as follows he was sent via US mail only per his request.

# EXHIBIT B

Mary Bush
1626 Glenside Road
West Chester, Pa 19380

March 03 ,2015

Mr. Alexander J. Chotkowski
103 S. High Street
West Chester, Pa 19382

Mr. Chotkowski,

   I am in receipt of your letter dated February 23, 2015. If you recall I initially requested you to refrain from sending harassing emails to me after multiple emails and letters you sent that did not contain substantive issues but only your ongoing admonishments and rhetoric in your hopes of more litigation. Your correspondences are filled with your never ending pursuit of monies from me and you are trying to take advantage of me since I have run out of money and cannot afford an attorney after all the years of your vexatious litigation.  In my opinion you together with your clients Joseph and Michael Bush have engaged in purposeful deliberate organized strategy to produce letters and emails containing misstatements in disingenuous attempts to create exhibits to further your agendas and fabrications to the courts. In both courts you have attached such letters creating false exhibits for the purpose to mislead the courts and to continue your maleficent attempts to smear my good name and build a fictitious case.

   Since I do not have an attorney at this time and until I am able to have representation I believe it only proper to communicate with you on substantive issues only refraining from your
continuing bullying and threats, Only issues that are properly before the court or filed should be presented, I do not wish to engage with you in any ongoing debates nor do I have to endure
your bullying, intimidation or threats because I am not represented at this time and I again request you refrain from such unethical conduct and never ending rhetoric.

     Your letters and emails of misrepresented facts and your admonishments of me do nothing to effectuate any kind of positive change. You in my opinion have been blindly advocating for your clients even when their actions were nearly unthinkable or even by their own admittance wrong. You have done a masterful job in keeping your clients in power maneuvering this litigation into a life of its own. Be on notice I will take whatever steps necessary to take the proper information to the Judge or other authority where the truth will prevail. I have learned from Kurt Walser how to navigate you and your clients continuing onslaught of harassment, manipulations and disingenuous acts and your attempts to intimidate me. In my opinion and experience of your never ending Bullying and threats against me for all these years along with your ongoing orchestrated efforts to malign my good name,  **You need to STOP NOW.**

     You and your clients have intentionally smeared my good name to outside agencies along with my mother's health care professionals telling the recipient of your bad faith intentions that I used undue influence and overly mastering of my mother when none of that is true, then in turn your clients never share or mention to these parties their unthinkable actions to their elderly parent nor the anger they continue to present to the health care professionals and anyone who ever has the pleasure of meeting them.

The care plan Ms. Srinivasan presented to the Department of Aging was approved. Your clients refuse to honor any official directions in a double standard when it does not fit their agenda they disregard it. The Department of Aging is staying involved as you recall they sent an attorney to the November 2014 hearing and are still actively monitoring the situation. You seem too comfortable in Michaels acts upon his mother and hiding behind the no findings on ongoing issues that are ill affecting my mother. You and your clients keep up the double standard of sucking up to people to obtain favorable outcomes then when someone finds the truth out you write your letters and emails to conspire a different story to preserve your case.

I do understand the concept of res judicata but your abuse of the civil legal process in obtaining favorable verdicts by misrepresentations of facts to the tribunals will be your undoing, you cannot continue to fabricate fictional facts to win orders and sanctions as I proved you did at the November 12, 2014 hearing. Also, if this remains your stand, may I point out to your recent filing of contempt on me contains past issues heard before the court as well as past seen exhibits by the court. It also contains issues not properly before the Orphans court but scheduled to be heard in another court. This also gives the impression Justin Bush is now your client without a proper petition before the Orphans court or an entrance of appearance. You in fact are now trying to rewrite past litigation to suit your new version of facts to further your agendas with multiple delays and your own self-enrichment  As for the superior court they reached out to me to respond if I was going to participate without an attorney.

My focus is only on the wellbeing happiness and peaceful existence of my mother, to uphold her civil rights and expressed wishes. I presently have very grave concerns for her health safety and wellbeing. Mom's friends and family also share that concern as most of them being elderly have experienced and witnessed the frightening behaviors of your clients. Carole is not a litigant in this matter but a brave elderly friend who has the courage to report abuse and what she sees happening to her friend,,that Sir is not illegal. Guardianship is a protective service of a vulnerable human being not an opportunity for self-enrichment by manipulating years of litigation nor is it a vehicle for your clients to assert revenge, intimidate, distress or power over the women in their family.   Please be advised I will continue to be focused on my mom and her best interests going forward.

May I respectfully request no further letters from you, especially so when they are not shared with Mr. Zumbano and Liz Srinivasan for I feel you are trying to isolate, intimidate and bully me since I am presently without counsel.  I find your correspondence frivolous and insulting and a clear indication you have NO interest in my mother's wellbeing, or mine or any member of this Bush family.

Mr. Chotkowski you sir have smeared my good name since 2007 till now,,if anyone has a case of defamation of Character ,,,I do,,, and perhaps your conduct must be reviewed if not by yourself then the proper authorities.  I am placing you on written notice to cease all your ongoing malicious 'legal' efforts and continuing defamation of my good name and reputation.


Mary Bush
Genevieve Bush's daughter


Cc. Liz Srinivasan
George Zumbano
Cindy Willison

# EXHIBIT C

John Holman jrholman2015@aol.com                          May 23, 2017, 7:26 AM

Mary,
I am composing a letter for you to send to Judge Platt about Chotkowski's intimidation.  I will e-mail it to you today.
John

---------------------------------------------------------------------------------------------------------------------------

From: Alex Chotkowski <alex@chotlaw.com>
To: jrholman2015 <jrholman2015@aol.com>
Sent: Wed, May 17, 2017 12:55 PM
Subject: RE: KasemCares

Dear Mr. Holman:
I contacted you two weeks ago to ascertain more information about the organization you claim to be working for, I have not heard back from you.  Please email me with your title, supervisor's name and whether you are authorized by Kasem Cares to speak and act on the organization's behalf.
Thank you.
Regards – [Please note change of address as of May 1, 2017]
Alexander J. Chotkowski, Esq., LLM
Chotkowski Law Offices, LLC
232 West Market Street, Suite #1
West Chester, Pennsylvania 19382
Tel.:   610-994-9798
Mobile: 484-889-9804
Fax:    610-500-5368
alex@chotlaw.comFrom: Alex Chotkowski

Sent: Thursday, May 04, 2017 5:51 PM
To: 'jrholman2015@aol.com'
Subject: KasemCares

Dear Mr. Holman:
This is Atty. Chotkowski, we met today in Court.  I am writing to try and better understand your role and that of your organization as it pertains to Mrs. Bush.  From your testimony today, it was my understanding that you are working with and for KasemCares to investigate allegations of abuse and to advocate for Mrs. Bush.  Could you please explain in greater detail your position at KasemCares and how that role fits into your current efforts to advocate for Mrs. Bush.  Thank you for your time and attention to this matter.
Regards –Alexander J. Chotkowski, Esq., LLM
Chotkowski Law Offices, LLC
103 S. High Street, Suite 11
West Chester, Pa. 19382
Tel.:   610-994-9798
Mobile: 484-889-9804
Fax:    610-500-5368
achotkowski@cblawllc.com

 Gmail

mary bush <flyfreeandstrong@gmail.com>

## RE: Mary Bush visitation hearing Complaint on Attorney Chotkowski enclosed, his emails to me to follow.

1 message

**John Holman** <jrholman2015@aol.com>                                      Tue, May 23, 2017 at 4:58 PM
To: smarker@chesco.org
Cc: flyfreeandstrong@gmail.com

05/23/2017


Honorable Katherine B.L. Platt
Justice Center, Courtroom 18
201 W. Market Street
West Chester, PA 19380-0989

Honorable Katherine B.L. Platt,

I testified as a witness called by Mary Bush in your court. I have forwarded two e-mails from Attorney Chotkowski. In addition he sent a communication to Kasem Cares organization regarding my association with them.  Chotkowski did not cross examine me in court and is attempting to do so outside of your court.  In his e-mails to me Chotkowski did not ask me if I was represented by counsel.

These communications appear to be attempts to intimidate myself and Kasem Cares.  I have been advised these communications are unethical and perhaps illegal as this issue of Mary Bush visitation right has not been adjudicated.  Would you please advise Attorney Chotkowski to stop harassing me and Kasem Cares.
.

Sincerely yours,


John R. Holman

# EXHIBIT D

 mary bush <flyfreeandstrong@gmail.com>

## Fwd: IMPORTANT!! Fwd: [kasemcares] Alex Chotkowski left feedback on Contact Us

1 message

**Kathleen Brawn** <kbrawn4337@aol.com>                                                                    Mon, May 22, 2017 at 11:18 PM
To: John Holman <jrholman2015@aol.com>, Mary Bush <flyfreeandstrong@gmail.com>, Rick Black <richard.black1159@gmail.com>,
"Dr. Sam Sugar" <drsam@aaapg.net>

FYI

We received this from the opposing council in Mary's caseafter the hearing where John spoke and mentioned
Us. I definitely believe this is a bullying tactic and a letter threatening to sue our organization. Our lawyers
Advised us we did not have to tell him anything and to ignore him until he writes or calls. John let me know
That this man never cross examined him and that I send it to Mary to be given to the judge for wrongdoing on this guys
part. I'd appreciate any comments or how we can help Mary with this.

Kathy


Begin forwarded message:

---

**From:** NationBuilder <notifications@nationbuilder.com>
**Date:** May 17, 2017 at 1:08:24 PM MST
**To:** Kathleen Wright Brawn <kbrawn4337@aol.com>
**Subject: [kasemcares] Alex Chotkowski left feedback on Contact Us**


   Alex Chotkowski left feedback on Contact Us


"Hello, my name is Alex Chotkowski, Esq. and I am an attorney in West
Chester, Pa. I am writing about a situation that concerns your organization.
On May 4, 2017 there was a Court hearing held in Chester County
concerning an incapacitated person. A Mr. J.R. Holman was called as a
"expert" witness by the daughter of the incapacitated person. I represented
the sons of the incapacitated person. The State has appointed a Guardian of
the Person and a Guardian ad litem for the IP. Both of these Guardians have
determined that the daughter's interaction with the IP is harmful, as has the
Judge. Mr. Holman testified that the State Dept of Aging and other

organizations were in violation of certain State and Federal laws. As I recall, Mr. Holman also testified that he was filing complaints against these state agencies. It seemed that he was acting as a representative of your organization. I am writing to confirm your understanding of his role as a staff or volunteer member and whether or not this Non-profit sanctioned Mr. Holman's role in this matter. Please kindly contact me to discuss this issue. Thank you. Alex Chotkowski, Esq."



## Alex Chotkowski

**Email:** alex@chotlaw.com

**Point Person:** Kathleen Wright Brawn

You received this notification because you are the point person for Alex Chotkowski.

You can adjust your email notifications in your NationBuilder control panel

Created with NationBuilder

## EXHIBIT E

 Gmail

M Bush <endfraudulentguardianships@gmail.com>

### Re: Letter to Janice Wolk Grenadier

1 message

**JW Grenadier** <adaadvoc@gmail.com>                                                     Sat, May 16, 2020 at 11:03 AM
To: Alex Chotkowski <alex@chotlaw.com>
Cc: M Bush <endfraudulentguardianships@gmail.com>, Rick Black <cearrick@gmail.com>, jsnerr
<jsnerr@attorneygeneral.gov>, John Holman <jrholman2015@aol.com>, LTC-ombudsman@pa.gov,
RepSappey@pahouse.net, "U.S. Representative Chrissy Houlahan" <RepChrissyHoulahan@mail.house.gov>, "Perez, Isabel
(Casey)" <Isabel_Perez@casey.senate.gov>, "Arkatin, Tyler J." <TArkatin@pahouse.net>, info@americancreativegroup.com,
Andy@pasenate.com, drowe@pahousegop.com, gpletcher@pahousegop.com, Juliette's Google Account Fairley
<juliettefairley@gmail.com>, "Carlson, Heidi M." <hcarlson@chesco.org>, "Getgen, Denise" <dgetgen@pa.gov>, "Jurman,
Daniel" <djurman@pa.gov>, "Willison, Cynthia M." <cwillison@chesco.org>

Mr. Chotkowski,

It is one thing to write a letter and ask that your clients be contacted through you.

It is another thing when you write a letter like you did that was harassing, threatening, bulling and very unprofessional.
You may have Judge Platt in your back pocket - but, that is criminal and in violation of the professional code of ethics for
both of you.

The appearance is that  you and your clients could  be guilty of collusion to ensure that Mrs. Bush is harmed physically
and mentally for profit.

The appropriate complaints about you and your clients will be filed.

You don't have to worry about me calling you or texting you, I will leave that to the authorities and the Pennsylvania Bar.

Warmly,

JW Grenadier
202-368-7178
**Courage** (*Courage* (also called **bravery** or **valour**) *is the choice and willingness to confront* agony, pain, danger,
uncertainty, or intimidation. **Physical courage** *is bravery in the face of physical pain, hardship, death or threat of death
while* **moral courage** *is the ability to* act rightly *in the face of popular opposition,* shame, scandal, *discouragement, or
personal loss.*) *So the Injustice does not happen to someone else.*

On Sun, May 10, 2020 at 1:01 AM Alex Chotkowski <alex@chotlaw.com> wrote:

Please kindly see the attachments.  The primary document is a letter directed to Janice Wolk Grenadier, titled
"Grenadier ltr PDF".  All relevant information is provided within the letter and attachments.  Thank you.

Regards -

**Alexander J. Chotkowski, Esq., LLM**

**Chotkowski Law Offices, LLC**

**232 West Market Street, Suite #1**

**West Chester, Pennsylvania 19382**

Tel.:    610-994-9798

Mobile: 484-889-9804

Fax:    610-500-5368

alex@chotlaw.com


<u>U.S. Treasury Circular 230 Notice:</u>  We inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties to promote, market, or recommend any transaction or investment, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

THIS ELECTRONIC TRANSMISSION, AND ANY ATTACHED DOCUMENT(S) AND/OR FILE(S), IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED. IT IS INTENDED FOR THE SOLE USE OF THE INDIVIDUALS TO WHOM IT IS ADDRESSED. ANY FURTHER DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS MESSAGE IN ERROR, PLEASE NOTIFY THE SENDER AND DESTROY THE MESSAGE (AND ANY ATTACHED DOCUMENTS/FILES) IMMEDIATELY. THE LAW OFFICE OF CHOTKOWSKI LAW OFFICES, LLC, IS  NOT LIABLE FOR ANY USE OR MISUSE CONTRARY TO THESE DIRECTIONS. THANK YOU.

**3 attachments**

 **Grenadier ltr PDF.pdf**
242K

 **Grenadier VA case memo.pdf**
1239K

**Exh 1 to Mary Bush motion to reconsider.pdf**
2017K

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MARY BUSH   Pro Se & Trustee

                JURY TRIAL DEMANDED

          Plaintiff

    V.                         CIVIL ACTION

ALEXANDER J CHOTKOWSKI       NO. 2:20-cv-00774

      and

JOSEPH BUSH

      and

MICHAEL BUSH

            Defendants

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT ALEXANDER
CHOTKOWSKI'S RESPONSE-TO PLAINTIFF'S MOTION FOR SANCTIONS
AGAINST OPPOSING COUNSEL/DEFENDANT ALEXANDER CHOTKOWSKI  FOR
HARASSING AND THREATENING CONTACT TO PLAINTIFF OUTSIDE OF THE
COURT DURING A PENDING DECISION**

**CERTIFICATE OF SERVICE**

This hereby certifies that a true and correct copy of the above caption filing will be served to the

Defendants through Defendant Chotkowski by US Mail;

ALEXANDER J CHOTKOWSKI
322 Twin Pond Dr
WEST CHESTER, PA 19382

Respectfully submitted,

Mary Bush
1626 Glenside Road
West Chester, Pa 19380
Phone: (610) 486-0763

Dated: June 15, 2020
Endfraudulentguardianships@gmail.com

29