IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BUSH, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : : | |
| ALEXANDER J. CHOTKOWSKI, *et al.*, *Defendants* | : : | No. 20-774 |

## ORDER

AND NOW, this 11th day of June, 2021, upon consideration of Plaintiff's Motion for Sanctions (Doc. No. 14), Defendants' Response in Opposition to the Motion for Sanctions against Defendants (Doc. No. 23), Plaintiff's Reply in Further Support of the Motion for Sanctions (Doc. No. 25), Plaintiff's Motion for an Extension of Time to Serve Defendants (Doc. No. 20), Plaintiff' Motion for Relief from Judgment Under Rule 60(b) (Doc. No. 22), Defendants' Motion for Sanctions against Plaintiff (Doc. No. 29), Plaintiff's Response in Opposition to Defendants' Motion and Second Motion for Sanctions against Defendants (Doc. No. 30), and a Third Party Motion to Intervene on Plaintiff's Behalf (Doc. No. 31), it is **ORDERED** that:

1. Plaintiff's First and Second Motions for Sanctions (Doc. Nos. 14, 30) and Plaintiff's Motion for Relief from Judgment Under Rule 60(b) (Doc. No. 22) are **DENIED**.

2. Defendants' Motion for Sanctions (Doc. No. 29) is **DENIED**.

3. Plaintiff's Motion for an Extension of Time to Serve Defendants (Doc. No. 20) and the Third Party Motion to Intervene (Doc. No. 31) are **DEEMED MOOT**.

4. The Clerk of Court is directed to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1